UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C 20001

**FRANTZ GERMAIN**
Plaintiff,

VS.

**BROWARD COUNTY GOVERNMENT,
STATE ATTORNEY HAROLD F. PRYOR,
BROWARD SHERIFF GREGORY TONY**
Defendant(s),

Case: 1:23-cv-01723 **JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 6/13/2023
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED
Mail Room
JUN 13 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT

**Plaintiff**, Frantz Germain, self-represented, files the following Complaint against defendants, **Broward County Government**, Board of Commissioners **Mayor Lamar P. Fisher**, Vice Mayor **Nan H. Rich**, **Mark D. Bogen**, **Michael Udine**, **Steve Geller**, **Beam Furr**, **Tim Ryan**, **Robert McKinzie**, **Hazelle P. Rogers**, State Attorney **Harold F. Pryor** and **Sheriff Gregory Tony** jointly and severally. Seeking (a) compensatory damages and punitive damages in the sum of **$21,000,000.00**, (b) prejudgment interest on the principal sum awarded by the Jury from June 1st 2023 to the date of Judgment at the rate of six percent (10%) per year pursuant 28 U.S.C. 1961 – Post Judgment Interest Rates *Title 28. Judiciary and Judicial Procedure Part V—Procedure, Chapter 125--Pending Actions and Judgments, § 1961.Interest* of the commencement of this action until the date of Judgment, and (c) costs incurred arising out of the Defendants' elected official Judge **David A. Haimes** for unrepairable damages, racism, violation of homeowner rights, biased, self-interest, hidden evidence, violation of civil Acts 1968, Violations the Fifth Amendment to the United States Constitution, Violation the Fourteenth Amendment, police brutality, Domestic Terrorism 18 U.S. Code § 2331 which prohibits the states from depriving any person of life, liberty, or property, without due process of law. The Government could deprive a person of rights only according to law applied by a court. Discrimination occurs when the civil

rights of an individual is denied or interfered with because of the individual's membership in a particular group or, to prevent discrimination based on a person's race, sex, religion, age, previous condition of servitude, orientation. Wrongful arrest, police brutality, business loss, income loss, employed loss, contracts loss Pursuant U.S CODES 42 USC § 1983, Lucas v. S.C., 505 U.S. 1003, 1014-15 (1992) (quoting Pa. Coal Co., 260 U.S. see terms knowing" and "knowingly"— (A) mean that a person, with respect to information— (i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information; and (B) require no proof of specific intent to defraud; The Constitution of the United States and the State of Florida Constitution has the same Protective rights for private Property owner and those rights were violated by Broward County elected officials led by Judge David Haimes and False imprisonment led by the Prosecutor State attorney's Harold F. Pryor's Office.

## IN SUPPORT OF THIS CLAIM THE FOLLOWING FACTS

I bring this action to this Court seeking Proper justice against the Broward County Government Leadership for Hate Crimes and Domestic Terrorism 18 U.S. Code § 2331 involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State to intimidate or coerce a civilian population or kidnapping. December 21st 2022 The eviction ordered was the acts of racism and Local governments corruption considered arms of minority homeowner in Broward County to which have deprived me of numerous rights and liberties under both the U.S. and Florida Constitutions. In doing so, I'm seeking: (1) equitable and injunctive relief to enjoin the enforcement of Defendants' Orders; odered of eviction (2) declaratory relief from this Court in declaring that the defendants' Orders violate civil rights under: 42 U.S.C. Section 1983 of the Federal Civil Rights Act ("Section 1983"), (b) the Due Process

and (c) Equal Protection Clauses of the 5th and 14th Amendments, and (d) Article I Sections 2, 6, 9, 10, 12, 21, and 23, and Article X, Section 6 of the Constitution of the State of Florida.; (3) and costs for the work done by Plaintiffs in connection with this lawsuit in an amount according to proof; and (4) for such other and further relief as the Court deems just and appropriate the Federal Court are considered arms of the civil rights. Authority in Broward pick and chose the winner in each case regardless of the evidence, it's all depends of the relationship between the Judge and the Lawyer. October 4th, 2022, a civil lawsuit was filed against me in Broward County Clerk of Court Case No. CACE22014722 based on a foreign Judgement from Placer County Roseville California for related Case S-DR-0058535 **Pursuant 55.505.** seeking the sale of my house in Broward County Florida located in 4140 NW 62nd CT COCONUT CREEK, FL 33073 The Judgement stated that my wife and I finalized the divorce in Placer County California the court awarded my wife the family home. The Judgement was registered on August 5th in California and on August 11th the Foreign Judgement was registered in Broward Clerk of Court seeking vacancy of my property, the judgement was created by a serial Criminal goes by the name of Edward Misleh and Eric Salpeter specialized in Property Frauds. I provided the certified documents with significant evidence to Judge David Haimes informed him this is a Fraudulent activity seeking position of my house I never been to California in fact I filed a criminal complaint against this guy **Edward Misleh in March 2022** with Judge Jeffrey Levenson Case No. **CACE-22-003936** Judge Levenson advised me the United States District Court has the jurisdiction right to handle the complaint the County Court not the Proper venue Case No. 22-003936 was dismissed, March 30th, 2022, I filed the complaint in the Federal Court Case No. **22-CV-60601-RS** on April 20th, 2022, all party listed the defendant included Edward Misleh was served the summon at 2:56 pm and as of march 07/2023 the case still on going. The evidence was cleared for the Judge to make the correct decision sadly he couldn't move pass on my skin color the Judge preferred to broke the law purposely harmed me as a Blackman property owner with adverse, bad, catastrophic, damaging,

destructive, detrimental, disadvantageous, disastrous, inimical, noxious, painful, pernicious, ruinous, baleful, baneful. The opposite attorney clearly a good friend of the Judge because of financial hardship I couldn't afford an attorney I had to represent myself, I know my rights as a homeowner, the eviction was a fraudulent action by the judge, I was evicted charged with burglary Felony for the Property, I purchased on December 17 2017 paying PennyMac the first and only homeowner in the state of Florida being evicted out of my own house I purchased with my own money I worked for, the property tax, PennyMac mortgage $2300 per month for 5 straight years I was taken from my own house take me to jail charged with burglary. I never live in California or doing any business what of the United States enjoy free from government interference. Thus, the three basic elements of private property are (1) exclusivity of rights to choose the use of a resource, (2) exclusivity of rights to the services of a resource, and (3) rights to exchange the resource at mutually agreeable terms. Right to possession. Right to control. Right to use and quiet enjoyment. Right to allow others a right to use (licenses and leases) The Constitution protects property rights through the Fifth and Fourteenth Amendments' Due Process Clauses and, more directly, through the Fifth Amendment's Takings Clause: I am the first and only homeowner in the state of Florida being evicted out of my own house I purchased with my own money I worked for, the property tax, 3 PennyMac mortgage $2300 per month for 5 straight years I was taken from my own house take me to jail charged with burglary. a felony. fundamental liberties that citizens of the United States enjoy free from government interference. Thus, the three basic elements of private property are. exclusivity of rights to choose the use of a resource, (2) exclusivity of rights to the services of a resource, and (3) rights to exchange the resource at mutually agreeable terms. Right to possession. Right to control. Right to use and quiet enjoyment. Right to allow others a right to use (licenses and leases) The Constitution protects property rights through the Fifth and Fourteenth Amendments' Due Process Clauses and, more directly, through the Fifth Amendment's Takings Clause: I am the first and only homeowner in the state of Florida being evicted out of my own

house I purchased with my own money I worked for, the property tax, PennyMac mortgage $2300 per month and now I am a convicted Felon. I submitted the certified documents from the United States District Court to Judge David and emailed the documents to Lily Vargas his secretary on December 15th, 2022, nonetheless Judge David advised the criminal to call the cops on me I was arrested beat down with gun pointed at me inside my private Property. house on burglary charges ordered by Judge David and the next morning hearing to post bail the prosecutor made up a statement stated that this is a family case and I threated to kill the victim. The Judge violated the homeowners right it was unjust what he did because the property located in 4140 NW 62nd Court Coconut Creek FL 33073 has been under my care since I purchased it in Broward County Florida NOT in County of Placer since when County of Placer, Rita left this house since 2018 and I've been paying the mortgage all by myself. In his denied letter on December 21st, 2022, he did acknowledged the crime he committed please see below.

**THIS CAUSE** having come on to be heard December 21, 2022, on Defendant, FRANTZ GERMAIN's, Motion to Dismiss Plaintiff Complaint Pursuant to FL Statutes Sec 55.505 (Motion to Vacate)(the "Motion to Vacate"); to which Defendant, Plaintiff and Plaintiff's counsel appeared; the Court having considered the record and being otherwise advised in the premises, it is hereupon, ORDERED AND ADJUDGED that Defendant's Motion to Vacate is hereby DENIED. **EXHIBIT D**

**FALSE ARREST I** The Judge action was the act of domestic terrorism 18 U.S. Code § 2331, he said the Court having considered the record and being otherwise advised in the premises, the same day he ordered for my arrest to be out of my purchased home, they came in using excessive force brutalized me knocked me out and charged me for **BURGLARY** a Felony charge, December 22nd 2022 early morning hearing for bail the Prosecutor loud and clear lying inside the country court room stated that this is a family case I threatened to kill the victim with a gun therefore my bail will

be **$7500.00. EXHIBIT E**

**FALSE ARREST II** May 2009 I was diagnosis with arrhythmias and cardiac in the Heart (medications) Amiodarone, Clopidogrel, Statins, Digoxin, Nitroglycerin Adult Primary Care Dr. Ana Margarita Ferwerda, MD 9960 South Central Park Blvd, Suite 450, Boca Raton, Florida March 17th 2023 I went in there to get my medication once again they do not disappointed I received the 2nd beatdown the charged was **CRIMINAL MISCHIEF** bail bonds **$1500.00** as a results I suffered 2 heartattack because I wasn't taking my medications. Broward County officials includes the Judges, the Commissioners, the state attorney office and the Sheriff office created and delveloped the content Broward County led the nationa in Property, the alerts of property frauds in Broward County it's the habitual behavior of deceiving the public specially the homeowners. Judge David Haimes transformed the evidence of the tructh to a false accusations of criminal conducts against me and ordered my arrest in my own house  involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State; appear to be intended to intimidate or coerce a civilian population; to influence the policy of a government by intimidation or coercion; orto affect the conduct of a government by mass destruction, assassination, or kidnapping; and occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum;The FCA provides several circumstances in which a relator cannot file or pursue a qui tam action: The relator was convicted of criminal conduct arising from his or her role in the FCA violation. § 3730(d)(3). 2. Another qui tam concerning the same conduct already has been filed (this is known as the "first to file bar"). §3730(b)(5). 3. The government already is a party to a civil or administrative money proceeding concerning the same conduct.

§3730(e)(3). 4. The qui tam action is based upon information that has been disclosed to the public through any of several means: criminal, civil, or administrative hearings in which the government is a party, government hearings, audits, reports, or investigations, or through the news media (this is known as the "public disclosure bar.") §3730(e)(4)(A). There is an exception to the public disclosure bar where the relator was the original source of the information. We repeat that this primer does not discuss every section of the False Claims Act and is not intended to provide legal advice or take formal positions. It is intended only to provide a general introduction to the False Claims Act to those new to the area. Below is the complete text of the False Claims Act: this was all planned **EXHIBIT B** confirmed it, for over 2 years I'd been complaining about this issue, I was arrested for the same issues I'd previously complained. June 30th 2022 Broward County property appraiser Marty Kiar was the invited guests on shop talk podcast host by sheriff Gregory Tony, that episode focus on fraud rampant in South Florida. The sheriff warned the public criminals will file fake deeds on a property and try to change the ownership. This is what led Broward County Property Appraiser Marty Kiar to create the free owner alert service. Kiar further stated that we have a very large outreach team that goes throughout the community every single day and signs people up for tax-saving exemptions, which is untrue, he further explained as a lifelong Broward County resident his desire to pursue public service came from his father who once served as mayor of Davie. Although listened to Kiar and Tony were promising and appealing that episode shortage of the truth was way off. Neither Kiar or Tony mentioned a county Judge must executed and approve the Judgement to change ownership. In my case the sheriff office's, the state attorney's office and the Judge working together to create a fake charged to framed me. Haimes said the court having considered the record and being otherwise advised in the premises, he acknowledged his decision I had no choice but to file a lawsuit against this level of corruption and fraudulent activities against a county judge whom elected to serves the public. I filed case No. CACE 23-003349 after being served I received an email from the Property Appraiser's office ownership

correction had processed my name was added to the property deed as previously appeared. **EXHIBIT H.** Judge Haimes decision to have me arrested as a black male inside my house the motives was pure evil and hatred without exceptions. The foreign judgement registered against pursuant Florida statute 55.505 Notice of recording; prerequisite to enforcement (1) At the time of the recording of a foreign judgment, the judgment creditor shall make and record with the clerk of the circuit court an affidavit setting forth the name, social security number, if known, and last known post office address of the judgment debtor and of the judgment creditor. (2) Promptly upon the recording of the foreign judgment and the affidavit, the clerk shall mail notice of the recording of the foreign judgment, by registered mail with return receipt requested, to the judgment debtor at the address given in the affidavit and shall make a note of the mailing in the docket. The notice shall include the name and post office address of the judgment creditor and of the judgment creditor's attorney, if any, in this state. In addition, the judgment creditor may mail a notice of the recording of the judgment to the judgment debtor and may record proof of mailing with the clerk. The failure of the clerk to mail notice of recording will not affect the enforcement proceedings if proof of mailing by the judgment creditor has been recorded. (3) No execution or other process for enforcement of a foreign judgment recorded hereunder shall issue until 30 days after the mailing of notice by the clerk and payment of a service charge of up to $42 to the clerk, from which the clerk shall remit $4.50 to the Department of Revenue for deposit into the General Revenue Fund. When an action authorized in s. 55.505 (1) is filed, it acts as an automatic stay of the effect of this section. There wasn't any creditor name, the owed amount, address, phone number and email. I don't see how a foreign judgement pursuant Florida statute 55.505 has anything to do with my property. The behavior and actions on display involved Broward County officials confirmed this matter was planned, Salpeter filed an Affidavit for Jonathan Alexander stated that he was hired to sell my property by Rita Germain on April 04 2022. **EXHIBIT G** The notice of the Foreign Judgement recording was 08/11/2022 Pursuant Florida Statute Section

**55.505.** I filed a lawsuit in Broward County Case No. CACE 23-003349 the exhibits of evidence attached Broward County attorney Andrew Meyers and assistant attorney Javier Navas filed a motion to dismissed my case with Prejudice stated that Plaintiff fails to satisfy redressability **EXHIBIT M.**

Highly disappointed Broward County leadership show no sign of accountability and responsibility, 18 U.S. Code § 981 - Civil forfeiture Any property, real or personal, involved in a transaction or attempted transaction in violation of section1956, 1957or 1960 of this title, or any property traceable to such property. False pretenses when they obtain title to the victim's property through misrepresentations with the intent to defraud. False pretenses differ from larceny by trick in that the defendant obtains title, not just possession, of the victim's property, property frauds it's a criminal offense which required prison sentence for the offender, Judge Haimes advised me to sell the property I didn't agreed with him he ordered my arrest, according to Federal Rules of Civil Procedure Judge Haimes committed misconduct under the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–64, and the Rules for Judicial-Conduct and Judicial-Disability Proceedings ("Rules"). Among other matters I lost my daughter and only child in the worst moment in my life on planet earth judge Haimes saw the perfect opportunity to created more pain. I lost everything I had and now I'm on the street.
The eviction denied me access to my business I runs from home, my trucks got towed, drivers. find work elsewhere. I loss all major contract I fought for so long, Landstar, JB Hunt, XPO, Ryan Transport, Redwood Logistics, AP Freight Inc, Cowan Logistics, Fairmont Logistics, Echo Global Logistics, Nav Logistics Inc, Liberty Commercial LLC, Arrive Logistics, AMX Logistics, USA Truck Inc, Molo Solution LLC, Trinity Logistics, Sage Freight LLC, Prime Logistics Solution, Allover Freight Inc, Moon Trucking LLC, Allen Lund, R2 Logistics Inc, Shine Logistics LLC, SunTeck Transport Co, Eps Logistics Services Inc, Expedite Logistics, GLT Logistics, Venture Connect LLC, Bluegrace Logistics, KCH Logistics, Gravity Logistics,

Becker Logistics, Daim Inc, Axle Logistic, Spot Logistics, Best Bay Logistics, AMSTAR, Eternity Solution LLC, Frontline Logistics, BFS Logistics, Steam Logistics, Summit Eleven Inc, King Of Freight.

## MOTION 28 U.S. CODE § 1657 EXPEDITED PROCEEDINGS

I file this motion humbly requests this court to considerer expedite this case hearing due to critical financial and medical hardships. This motion is based on facts and supporting documents to support my demands federal codes 28 U.S. Code § 1657 - Priority of civil actions. The deputies busted my door using excessive force dragged me out of my bed slammed me on the floor knocked me out unconscious with a vicious punch. I was never giving the opportunity to get my medications; May 2009 I was diagnosis with **arrhythmias and cardiac in the Heart** (medications) **Amiodarone, Clopidogrel, Statins, Digoxin, Nitroglycerin Adult** Primary Care Dr. Ana Margarita Ferwerda, MD 9960 South Central Park Blvd, Suite 450, Boca Raton, Florida 33428 Phone (561) 642-1000 Results of the illegal arrest led to 2 heart attack prior to that situation I've been battle mantel health for over 5 years, I've been struggle with suicidal thought in my mind. May 1st 2020 I was in the hospital for attempted suicide. The mental health treatment center located in 434 Lifestyle Ln Wildwood, GA, at the cost **$7000.00** per 25 days and Eden Valley Institute of Wellness located in 9325 World Mission Dr. Loveland CO at the cost **$5500.00** per month total cost of **$12500.00** per month, I missed 4 months of treatments total **$50,000.00**. Wildwoods life alignment improve mental function with activated charcoal poultices, hot and cold hydrotherapy, and plant-based meals. Take hold of one of the most essential factors in my health, I really enjoy daily plant-based meals that promote clear thinking and mental energy. Rule out biological causes for depression. Move forward knowing there's no obstacles to healing. Although the programs were expensive, I was able to afford I did run a successful small trucking business Calm your nerve system with the restorative effects of hot and cold therapy. For more than 50 Eden Valley

Institute of Wellness has been dedicated to improving many of today's diseases such as mental health, diabetes, cancer, obesity, and heart disease. Unfortunately, I ended up losing everything my home address 4140 NW 62nd Coconut Creek FL 33073 currently in foreclosure, all 8 units of the semi-truck has been repo, 7 units of the dry-van trailers have been repo. The presence of the direct loss and damages caused by Judge David Haimes are unbearable. Fraudulent eviction ordered, 26 U.S. Code § 104 - Compensation for injuries Punitive damages are awarded in addition to actual damages in certain circumstances. Punitive damages are considered punishment and are typically awarded at the court's discretion when the defendant's behavior is found to be especially harmful. Punitive damages are normally not awarded in the context of a breach of contract claim is served on the publisher; is made in writing, reasonably identifies the person making the request, and is signed by the individual claiming to have been defamed or by the person's authorized attorney or agent; states with particularity the statement alleged to be false and defamatory and, to the extent known, the time and place of alleges the defamatory meaning of the statement; and specifies the circumstances causing a defamatory meaning of the statement if it arises from something other than the express language of the publication. This was not a mistake it planned. I am currently homeless suffering depression I have no money, no medicine, no food, my email frantz701@yahoo.com that's the best way to reach me.

## RULE 45. SUBPOENA

I request this court to issue a subpoena to state attorney Harold F. Pryor, Sheriff Gregory Tony, Mayor Lamar Fisher, Property Appraiser Marty Kiar and Broward County Clerk Brenda D. Forman to testify on the felony charged, provide the legal ground of both arrests, provide Judge Haimes court hearing audio and the prosecutor arrest documents and court hearing audio dated

December 22nd 2022 and March 17th 2023. This is a class action lawsuit against corrupted local officials abusing their power to their benefits involves Property Frauds, attempted murder, false imprisonment and more therefore it's really important the officials listed above to give their testimony to court. Declaration under penalty of perjury is a statement of facts or testimony accompanied by the declaration that the person making the statement will be found guilty of perjury if the facts declared in the statement are shown to be untrue. A person will be guilty of perjury if they submit false testimony to the court, either orally or in writing, and the false testimony is material to the matters before the court. The person must have acted with knowledge that the testimony was false. A declaration under penalty of perjury typically follows such language: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. A declaration made under penalty of a perjury can be a signed written statement, such as an affidavit. Such a written statement need not be verified by oath or affirmation orally before the court if it contains the signed declaration that it is made under the penalties of perjury. The person presenting the statement submits themselves to be being charged with perjury and subject to the penalties assessed against a person found guilty of perjury if the statement is false. A declaration made under the penalties of perjury carries the same force and consequences as a sworn statement submitted under oath. See: 28 U.S.C. § 1746The elements of perjury are (1) **that the declarant took an oath to testify truthfully**, (2) that he willfully made a false statement contrary to that oath (3) that the declarant believed the statement to be untrue, and (4) that the statement related to a material fact. It is easy to prove that a declarant took an oath. Under federal law, perjury is committed **when a person "knowingly" attests to or subscribes to statements he or she does not believe are true**. Perjured testimony is not protected by the First Amendment, because it undermines the ability of courts to obtain truthful testimony and to effectively administer justice.

## VENUE

This court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345, 42 U.S.C. § 3614(a), and 15 U.S.C. § 1691e(h). Venue is proper in this district under 28 U.S.C. § 1391(b) because the actions under 28 U.S. Code § 1915 28 U.S. Code § 1916, 18 U.S. Code Chapter 113, 18 U.S. 18 U.S.C. § 113(a)(4) and 40 U.S.C. § 51 Federal Rules 28 U.S. Code § 1915.

## FEDERAL RULES OF EVIDENCE

The Supreme Court prescribes Federal Rules of Evidence pursuant to section 2072 of Title 28, United States Code, as enacted by Title IV "Rules Enabling Act" of Pub. L. 100–702 (approved November 19, 1988, 102 Stat. 4648), effective December 1, 1988, and section 2075 of Title 28. Pursuant to section 2074 of Title 28, the Supreme Court transmits to Congress (not later than May 1 of the year in which a rule prescribed under section 2072 is to become effective) a copy of the proposed rule. The rule takes effect no earlier than December 1 of the year in which the rule is transmitted unless otherwise provided by law. Pursuant to sections 3402, 3771, and 3772 of Title 18, United States Code, and sections 2072 and 2075 of Title 28, United States Code, as then in effect, the Supreme Court through the Chief Justice submitted Federal Rules of Evidence to Congress on February 5, 1973 (409 U.S. 1132; Cong. Rec., vol. 119, pt. 3, p. 3247, Exec. Comm. 359, H. Doc. 93–46). To allow additional time for Congress to review the proposed rules, Public Law 93–12 (approved March 30, 1973, 87 Stat. 9) provided that the proposed rules "shall have no force or effect except to the extent, and with such amendments, as they may be expressly approved by Act of Congress". Public Law 93–595 1 (approved January 2, 1975, 88 Stat. 1926) enacted the Federal Rules of Evidence proposed by the Supreme Court, with amendments made by Congress, to be effective July 1, 1975. Section 1 of Public Law 94–113 (approved October 16, 1975, 89 Stat.

## SEVENTH AMENDMENT DEMAND FOR JURY TRIAL

This rule provides for the preservation of the constitutional right of trial by jury as directed in the enabling act (act of June 19, 1934, 48 Stat. 1064, U.S.C., Title 28, §723c [see 2072]), and it and the next rule make definite provision for claim and waiver of jury trial, following the method used in many American states and in England and the British Dominions. Thus the claim must be made at once on initial pleading or appearance under Ill.Rev.Stat. (1937) ch. 110, §188; 6 Tenn.Code Ann. (Williams, 1934) §8734; compare Wyo.Rev.Stat.Ann. (1931) §89–1320 (with answer or reply); within 10 days after the pleadings are completed or the case is at issue under 2 Conn.Gen.Stat. (1930) §5624; Hawaii Rev.Laws (1935) §4101; 2 Mass.Gen.Laws (Ter.Ed. 1932) ch. 231, §60; 3 Mich.Comp.Laws (1929) §14263; Mich.Court Rules Ann. (Searl, 1933) Rule 33 (15 days); England (until 1933) O. 36, r.r. 2 and 6; and Ontario Jud.Act (1927) §57(1) (4 days, or, where prior notice of trial, 2 days from such notice); or at a definite time varying under different codes, from 10 days before notice of trial to 10 days after notice.

## EXHIBITS

**A**-Property Deed, Florida homestead and PennyMac mortgage

**B**-Federal Court and Circuit Civil Court Case Complaint and Sermons

**C**-Fraudulent Foreign Judgement and Criminal Activities of Edward Misleh

**D**-Judge David Fraudulant Eviction notice Writ of possession

**E**-Gun point false arrested , felony charge burglary,Criminal mischief

**F**-Formal complaint to the state attorney's office, the feds and state Bar

**G**-Jonathan Alexander affidavit, racist text, Eric Salpeter letter conrfimed
*Case No. CACE22014722*

**H**-Property deed manual correction

**I**-PennyMac Foreclosure filed March 21st 2023 Case No.23-006018

**J**-Mental Health medical records, Suidal attempted 07/16/2018 and 05/03/2020

**K**-Heart-attack medical records

**L**-Business assets loss, Contracts loss and liabilities

**M**-Andrew Meyers Motion to dismiss

## **PRAYER FOR RELIEF**

**WHEREFORE**, respectfully requests this Court to enter judgement against the Defendants, Jointly and severally, as follows:

Compensatory damages, Business assets, Business contracts loss, Employees loss, Property Foreclosure, Property Funiture, False Imprisonment, Police Brutality, attempted Murder, Medical care, Self-funded Foundation and punitive damages in the amount of **$21,000,000.00** or such greater amount as is determined by the jury or maximum allowed by law prejudgment interest from June 15th 2023 until the date Judgment is entered at the maximum rate allowed by law; Post judgment interest at the rate of six percent (10%) per annum until paid Such other relief as is just and proper.

notarization, and sworn before me on this 12th day of June 2023, by FRANTZ GERMAIN.

Frantz Germain

NOTARY PUBLIC SIGNATURE
My Commission Expires:



KARIM MURAD
Notary Public - State of Florida
Commission # HH 378530
My Comm. Expires Jan 8, 2027

Respectfully submitted Frantz Germain

1802 VERNON ST NW PMB 578
WASHINGTON, DC 20009
Tel: (954) 803-6816
Tel: (904) 551-4059
Fax: (202) 772-9347
E-mail: frantz701@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** true and correct copy of the foregoing has been furnished via E-mail service of process to Respondent attorney Andrew J. Meyers and assistant attorney Javier Navas at ameyers@broward.org jnavas@broward.org on this 6th day of June 2023.

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Tele: 954-357-7600
ameyers@broward.org

Javier Navas
Assistant County Attorney
jnavas@broward.org

**RIGHTS OF PERSONS**

**FIFTH AMENDMENT**

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this Petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

The foregoing instrument was acknowledged by means of physical presence or online. notarization, and sworn before me on this 12th day of June 2023, by FRANTZ GERMAIN.

Frantz Germain

NOTARY PUBLIC SIGNATURE
My Commission Expires:

Respectfully submitted Frantz Germain

1802 VERNON ST NW PMB 578
WASHINGTON, DC 20009
Tel: (954) 803-6816
Tel: (904) 551-4059
Fax: (202) 772-9347
E-mail: frantz701@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** true and correct copy of the foregoing has been furnished via E-mail service of process to Respondent attorney Andrew J. Meyers and assistant attorney Javier Navas at ameyers@broward.org jnavas@broward.org on this 6th day of June 2023.

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Tele: 954-357-7600
ameyers@broward.org

Javier Navas
Assistant County Attorney
jnavas@broward.org